### GENERAL ELECTRIC CO. v. CORLISS et al.

(Circuit Court, N. D. New York. July 9, 1907.)

PATENTS—INFRINGEMENT—ELECTRIC MOTORS.
    The Eickemeyer patent, No. 677,308, for an alternating current motor, *held* valid and infringed.

In Equity. Suit to restrain alleged infringement of United States patent to Carl Eickemeyer and others, assignors to General Electric Company, for alternating current motor, No. 677,308, dated June 25, 1901, applied for July 6, 1894, divided, and this application filed January 24, 1901. Claims 1, 2, 9, and 16 only are in issue.

Charles Neave, for complainant.
C. V. Edwards (Thomas F. Sheridan, of counsel), for defendant.

RAY, District Judge. I think the claims in issue are valid and infringed by defendants. There will be a decree accordingly.